UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| WEYLIN TRENT STRODE ) | |
| ) | |
| v. ) | NO. 2:08-0026 |
| ) | JUDGE CAMPBELL |
| OVERTON COUNTY SHERIFF'S ) | |
| OFFICE, et al. ) | |

ORDER

The Court is in receipt of a Stipulation of Dismissal With Prejudice (Docket No. 21).

Accordingly, the Clerk is directed to close the file.

IT IS SO ORDERED.

_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE